FILED

JAN 1 7 2008

1
2
3
4

5              UNITED STATES DISTRICT COURT

6             SOUTHERN DISTRICT OF CALIFORNIA

7   UNITED STATES OF AMERICA,        )    Criminal Case No. 08cr0148-L
                                     )
8                Plaintiff,          )    I N F O R M A T I O N
                                     )
9        v.                          )    Title 8, U.S.C., Sec. 1325 -
                                     )    Illegal Entry (Misdemeanor);
10  ALEJANDRO SAMAYOA TIZNADO,       )    Title 8, U.S.C., Sec. 1325 -
    aka: Francisco E. Ramirez,       )    Illegal Entry (Felony)
11                                   )
                 Defendant.          )
12  _____)

13       The United States Attorney charges:

14                         Count 1

15       On or about December 14, 2007 , within the Southern

16  District of California, defendant ALEJANDRO SAMAYOA TIZNADO, being

17  an alien, unlawfully entered or attempted to enter the United

18  States at a time and place other than as designated by immigration

19  officers, and eluded examination and inspection by immigration

20  officers, and attempted to enter or obtained entry to the United

21  States by a willfully false or misleading representation or the

22  willful concealment of a material fact; in violation of Title 8,

23  United States Code, Section 1325, a misdemeanor.

24  //

25  //

26  CPH:drh:San Diego
    12/28/2007
27

28

<u>Count 2</u>

On or about December 15, 2007, within the Southern District of California, defendant ALEJANDRO SAMAYOA TIZNADO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED:  January 17, 2008.

                                KAREN P. HEWITT
                                United States Attorney

                                CAROLINE P. HAN
                                Assistant U.S. Attorney